**Electronically Filed
Supreme Court
SCWC-11-0000490
11-FEB-2014
10:40 AM**

SCWC-11-0000490

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

STATE OF HAWAI‘I, Respondent/Plaintiff-Appellee,

vs.

JAMES ZITTNAN, Petitioner/Defendant-Appellant,

and

JEROME FIGUEROA, Respondent/Defendant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000490; CR. NO. 09-1-1413)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and
Circuit Judge Kim, in place of Acoba, J., recused)

Petitioner James Zittnan's application for writ of

certiorari filed on January 6, 2014, is hereby rejected.

DATED: Honolulu, Hawai‘i, February 11, 2014.

Stuart N. Fujioka
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Glenn J. Kim